# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**VS**                                             **CRIMINAL NO. 4:08CR115-SA-DAS**

**JENNIFER MCGEE**

## ORDER

**BEFORE THE COURT** is the motion of Thomas C. Levidiotis for leave to withdraw as counsel for the above named defendant. For good cause shown, the Court is of the opinion that the motion should be granted.

**THEREFORE, IT IS ORDERED** that the instant motion is hereby **GRANTED**, and Thomas C. Levidiotis is hereby relieved of all responsibility with respect to representing the defendant, Jennifer McGee, herein.

**IT IS FURTHER ORDERED** that David O. Bell, is hereby appointed as substitute counsel for said defendant. .

**This, the 17th day of December, 2008.**

                                                               /s/ David A. Sanders
                                                               United States Magistrate Judge